BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANG XAY KUE; PANG VANG KUE; MAI LEE KUE; CHONG C. KUE; MAI KA KUE; PAO KUE; and BEE KUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES, DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Case No. 1:14-cv-00388-AWI−GSA<br><br>STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS MAI LEE KUE; CHONG C. KUE; MAI KA KUE; PAO KUE; AND BEE KUE |

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs Wang Xay Kue; Pang Vang Kue; Mai Lee Kue; Chong C. Kue; Mai Ka Kue; Pao Kue; and Bee Kue ("Plaintiffs"), and Defendant United States ("United States"), by and through their undersigned attorneys, that Plaintiffs Mai Lee Kue; Chong C. Kue; Mai Ka Kue; Pao Kue; and Bee Kue, are siblings of Kao Kue that are not proper plaintiffs in this action, and the only proper plaintiffs are Kao Kue's parents, Wang Xay Kue and Pang Vang Kue.  Therefore, the parties, through their undersigned counsel agree and stipulate that, plaintiffs Mai Lee Kue; Chong C. Kue; Mai Ka Kue; Pao Kue; and Bee Kue, shall be dismissed with prejudice but without costs or attorney fees to either party in accordance with Federal Rule of Civil Procedure 41(a).  The parties further agree and stipulate that the action will now proceed with only Wang Xay Kue and Pang Vang Kue as plaintiffs.

///

///

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  November 25, 2014         BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY


                                  /s/Alyson A. Berg
                                  ALYSON A. BERG
                                  Assistant United States Attorney
                                  Attorney for Defendant United States

Dated: November 17, 2014          Law Office of Daniel M. O'Leary


                                  /s/Daniel M. O'Leary
                                  Daniel M. O'Leary
                                  Attorneys for Plaintiffs


Dated: November 17, 2014          The Kick Law Firm


                                  /s/Thomas A. Segal
                                  Thomas Alistar Segal
                                  Attorney for Plaintiffs

## ORDER OF DISMISSAL

For good cause showing, the above stipulation is APPROVED, and Plaintiffs Mai Lee Kue; Chong C. Kue; Mai Ka Kue; Pao Kue; and Bee Kue are hereby ordered DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   November 26, 2014        _____
                                  SENIOR  DISTRICT  JUDGE