BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANG XAY KUE; PANG VANG KUE; MAI LEE KUE; CHONG C. KUE; MAI KA KUE; PAO KUE; and BEE KUE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES, DEPARTMENT OF THE INTERIOR,<br><br>　　　　Defendant. | Case No. 1:14−cv-00388-AWI−GSA<br><br>STIPULATION REGARDING NOTICE OF SETTLEMENT; ORDER |

Pursuant to Local Rule 160(a), the parties hereby notify the Court that this matter has settled. Documents dismissing the action are forthcoming, but based on the anticipated six to eight week timeframe for payment, the dismissal cannot be filed within twenty-one days of this Notice. Accordingly, the parties, through their respective counsel, hereby stipulate and agree that the dismissal be filed on or before June 5, 2015 to allow sufficient time for funding of the settlement. The parties request that the deadline for filing the dismissal documents be set for June 5, 2015.

　　　　IT IS SO STIPULATED.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 26, 2015　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　　/s/Alyson A. Berg
　　　　　　　　　　　　　　　　　　　　　ALYSON A. BERG
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant United States

Dated: March 24, 2015              Law Office of Daniel M. O'Leary


                                   /s/Daniel M. O'Leary
                                   Daniel M. O'Leary
                                   Attorneys for Plaintiffs

Dated: March 25, 2015              The Kick Law Firm


                                   /s/Thomas Alistar Segal
                                   Thomas Alistar Segal
                                   Attorney for Plaintiffs

## ORDER

Having reviewed the stipulation submitted by the parties, the court hereby sets the time by which the closing documents are to be submitted to the court to and including June 5, 2015.

IT IS SO ORDERED.

Dated:   March 26, 2015            _____
                                   SENIOR DISTRICT JUDGE