**THE KICK LAW FIRM, APC**
Taras P. Kick (SBN 143379)
Taras@kicklawfirm.com
James Strenio (SBN 177624)
James@kicklawfirm.com
Thomas A. Segal (SBN 222791)
Thomas@kicklawfirm.com
201 Wilshire Boulevard, Suite 350
Santa Monica, California 90401
Telephone:   (310) 395-2988
Facsimile:   (310) 395-2088

**LAW OFFICE OF DANIEL M. O'LEARY**
Daniel M. O'Leary (SBN 175128)
dan@danolearylaw.com
2300 Westwood Boulevard, Suite 105
Los Angeles, CA 90064
Tel: (310) 481-2020
Fax: (310) 481-0049

Lawyers for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANG XAY KUE; PANG VANG KUE; MAI LEE KUE; CHONG C. KUE; MAI KA KUE; PAO KUE; and BEE KUE<br><br>    Plaintiffs,<br><br>         vs.<br><br>UNITED STATES, DEPARTMENT OF THE INTERIOR<br><br>    Defendants. | Case No.: 1:14-cv-00388-AWI-GSA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

# STIPULATION

WHEREAS plaintiffs Wang Xay Kue and Pang Vang Kue ("Plaintiffs") filed this action against the United States ("Defendant") alleging a claim under the Federal Torts Claims Act; and

WHEREAS the parties have entered into a settlement of the claim and entered into a Stipulation for Compromise Settlement;

PLAINTIFFS AND DEFENDANT HEREBY STIPULATE, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure section 41(a) to dismiss this case with prejudice.  This stipulation and dismissal completely terminates the above-entitled case against all parties.  Each party will bear their/its own attorneys' fees and casts.

IT IS SO STIPULATED.

Dated: May 19 , 2015                         The Kick Law Firm
                                             Law Office of Daniel M. O'Leary


                                     By:  /s/ Daniel M. O'Leary_____
                                          Daniel M. O'Leary
                                          Lawyers for Plaintiffs

Stipulation and Order of Dismissal with Prejudice

| | |
|---|---|
| Dated: May 19 , 2015 | Benjamin B. Wagner<br>United States Attorney |
| | By:  /s/ Alyson A. Berg<br>Alyson A. Berg<br>Assistant United States Attorney<br>Attorneys for Defendant United States |

### ORDER

Based on the Stipulation of the parties and good cause thereby appearing,

IT IS ORDERED that this action be, and hereby is, dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated:   May 20, 2015                         _____
                                              SENIOR  DISTRICT  JUDGE